Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–12691–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Amy Holmes
    aka Amy Williams
    1126 Collings Rd
    Camden, NJ 08104–3006

Social Security No.:
    xxx–xx–3916

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            June 11, 2019
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*64* – Certification In Objection to (related document:61 Creditor's Certification of Default (related document:50 Motion for Relief from Stay re: 1126 Collings Road Camden NJ 08104–3006. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 55 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 05/16/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Tamika Nicole Wyche on behalf of Amy Holmes. (Attachments: # 1 Exhibit Proof of Payment) (Wyche, Tamika)

and transact such other business as may properly come before the meeting.

Dated: May 16, 2019
JAN: kaj

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Amy Holmes  
    Debtor

Case No. 17-12691-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: May 16, 2019  
                           Form ID: 173     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2019.  
db           Amy Holmes,    1126 Collings Rd,    Camden, NJ   08104-3006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2019 at the address(es) listed below:

           Charles G. Wohlrab    on behalf of Creditor     MIDFIRST BANK cwohlrab@logs.com, njbankruptcynotifications@logs.com  
           Denise E. Carlon    on behalf of Creditor     MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
           John R. Morton, Jr.    on behalf of Creditor     National Auto Sales ecfmail@mortoncraig.com, mortoncraigcf@gmail.com  
           Michelle Banks-Spearman    on behalf of Creditor     City of Camden MiSpearm@ci.camden.nj.us, NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;ElRedmer@ci.camden.nj.us  
           Rebecca Ann Solarz    on behalf of Creditor     MIDFIRST BANK rsolarz@kmllawgroup.com  
           Tamika Nicole Wyche    on behalf of Debtor Amy  Holmes dpdlawyer@comcast.net, G30609@notify.cincompass.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
           William E. Craig    on behalf of Creditor     National Auto Sales mortoncraigcf@gmail.com, mortoncraigcf@gmail.com  
                                                                                                        TOTAL: 11