Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 17−12691−JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Amy Holmes
    aka Amy Williams
    1126 Collings Rd
    Camden, NJ 08104−3006

Social Security No.:
   xxx−xx−3916

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:      8/1/19
Time:      02:00 PM
Location:   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Tamika Nicole Wyche, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,300.00

EXPENSES
Expenses: $0.00

Creditors may be heard before the applications are determined.

     An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: June 18, 2019
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                             Case No. 17-12691-JNP
Amy Holmes                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Jun 18, 2019
                              Form ID: 137             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2019.
db              Amy Holmes,    1126 Collings Rd,    Camden, NJ  08104-3006
cr              City of Camden,    City Attorney,    City Hall, 4th Floor,    Suite 419,    PO Box 95120,
                 Camden, NJ  08101-5120
cr             +National Auto Sales,    123 South Delsea Drive,    Glassboro, NJ 08028-2604
516641716       Central Credit Services,    PO Box 1880,    Saint Charles, MO  63302-1880
516641717       Chrysler Capital,    PO Box 961275,    Fort Worth, TX  76161-0275
516641718       City of Camden,    City Hall, Room 117,    PO Box 95120,    Camden, NJ  08101-5120
516730653       City of Camden,    Dept. of Water & Sewer,    c/o Office of the City Attorney,
                 City Hall, Suite 419,    Camden, NJ 08101
516641719       City of Camden (American Water),    PO Box 52747,    Phoenix, AZ  85072-2747
516641720       Commonwealth Financial,    245 Main St,    Dickson City, PA  18519-1641
516641721       Convergent HC Recoveries,    121 NE Jefferson Ave Ste 100,    Peoria, IL  61602-1229
516814375      +MidFirst Bank,    999 NW Grand Blvd.,    Oklahoma City, Oklahoma 73118-6051
516641724       Midland Mortgage,    999 NW Grand Blvd,    Oklahoma City, OK  73118-6051
516641725       National Auto,    123 Delsea Dr S,    Glassboro, NJ  08028-2604
516641726       PSE&G,   PO Box 1444,    New Brunswick, NJ  08903-1444
516715183      +PSE&G,    PO Box 14444,    New Brunswick, NJ 08906-4444,    Attn: Bankruptcy
516641727       Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ  08026-1191
516802721     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ  08695-0245)
516641728       Shapiro & DeNardo, LLC,    14000 Commerce Pkwy Ste B,    Mount Laurel, NJ  08054-2242
516641729       Southwest Credit Systems,    2639 Dickrson Pkwy,    Carrollton, TX  75007
516641730       State of New Jersey Dept of Labor,    PO Box 650,    Trenton, NJ  08646-0650
517752890      +State of New Jersey Dept.of Labor,    PO Box 951,    Trenton, NJ 08625-0951

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 19 2019 00:14:33     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 19 2019 00:14:30     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516664421       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 19 2019 00:19:48
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
516641723       E-mail/Text: bknotice@ercbpo.com Jun 19 2019 00:14:36     Enhanced Recovery Company,
                 PO Box 57547,    Jacksonville, FL  32241-7547
516716454      +E-mail/Text: bankruptcy@pseg.com Jun 19 2019 00:13:12     PSE&G,    Attn: Bankruptcy Dept,
                 PO Box 490,    Cranford, NJ 07016-0490
516682833      +E-mail/PDF: gecsedi@recoverycorp.com Jun 19 2019 00:19:28     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516641722     ##+Debt Recovery Solutions,    900 Merchant Conc Ste 106,    Westbury, NY 11590-5114
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                            Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                Page 2 of 2                  Date Rcvd: Jun 18, 2019
                               Form ID: 137               Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2019 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    MIDFIRST BANK cwohlrab@logs.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    National Auto Sales ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Michelle  Banks-Spearman    on behalf of Creditor    City of Camden MiSpearm@ci.camden.nj.us,
               NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;ElRedmer@ci.camden.nj.us
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Tamika Nicole Wyche    on behalf of Debtor Amy  Holmes dpdlawyer@comcast.net,
               G30609@notify.cincompass.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William E. Craig    on behalf of Creditor    National Auto Sales mortoncraigecf@gmail.com,
               mortoncraigecf@gmail.com
                                                                                              TOTAL: 11
```