| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Rebecca A. Solarz, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>RSolarz@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | <br>**Order Filed on July 19, 2019 by<br>Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>    Amy Holmes,<br><br>Debtor. | Case No.: <u>17-12691 JNP</u><br><br>Adv. No.:<br><br>Hearing Date:  6/11/19 @ 10:00 a.m..<br><br>Judge:  <u>Jerrold N. Poslusny, Jr.</u> |

### ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATION OF DEFAULT

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 19, 2019**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:   Amy Holmes
Case No:  17-12691 JNP
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATION OF DEFAULT

___

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Rebecca A. Solarz appearing, upon a certification of default as to real property located at 1126 Collings Road, Camden, NJ, 08104, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Tamika Nicole Wyche, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of June 13, 2019, Debtor is due for the March 2019 through June 2019  post-petition payments for a total post-petition default of $2,625.16 ( 4 @ $538.15, 3 Late Charges @ $21.52, 3 AO @ $202.00, $198.00 less suspense); and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall make an immediate payment of $2,625.16 for the agreed order payments is to be received no later than June 30, 2019; and

It is **ORDERED, ADJUDGED and DECREED** that Debtor shall resume AO payments from the agreed order entered 3/6/19, for the remainder of the default of $1,625.34. The stipulation payments are to resume July 1, 2019 in the amount of $202.00 for seven months and $211.34 for one month; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume July 1, 2019, directly to Secured Creditor's servicer, MidFirst Bank, 999 Northwest Grand Boulevard, Oklahoma City, OK 73118 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $200.00 for attorneys' fees, which is to be paid through Debtor's Chapter 13 plan and the certification of default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-12691-JNP
Amy Holmes                                                                      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin           Page 1 of 1           Date Rcvd: Jul 19, 2019
                       Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2019.
db              Amy Holmes,    1126 Collings Rd,    Camden, NJ  08104-3006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2019 at the address(es) listed below:
     Charles G. Wohlrab    on behalf of Creditor    MIDFIRST BANK cwohlrab@logs.com, njbankruptcynotifications@logs.com
     Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
     Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
     Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
     Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
     John R. Morton, Jr.    on behalf of Creditor    National Auto Sales ecfmail@mortoncraig.com, mortoncraigcf@gmail.com
     Michelle Banks-Spearman    on behalf of Creditor    City of Camden MiSpearm@ci.camden.nj.us, NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;ElRedmer@ci.camden.nj.us
     Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
     Tamika Nicole Wyche    on behalf of Debtor Amy  Holmes dpdlawyer@comcast.net, G30609@notify.cincompass.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
     William E. Craig    on behalf of Creditor    National Auto Sales mortoncraigcf@gmail.com, mortoncraigcf@gmail.com
                                                                                                                                              TOTAL: 11