UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

TAMIKA N. WYCHE, ESQUIRE
LAW OFFICES OF DAVID PAUL DANIELS, LLC
3300 FEDERAL STREET
CAMDEN, NEW JERSEY 08105
**(856) 338-0411**
**TW 006502006**

Order Filed on August 1, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re: AMY HOLMES

Case No.: 17-12691-JNP

Adv. No.:

Hearing Date:

Judge: HONORABLE JERROLD N. POSLUSNY

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 1, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(PAGE 2)

Debtor: AMY HOLMES

Case No: 17-12691-JNP

Caption of Order: **ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**
_____

Upon consideration of Tamika N. Wyche, Esquire, application for an order granting attorney fees, and good cause appearing therefore, it is hereby

Ordered that TAMIKA N. WYCHE, ESQUIRE, the applicant, is allowed a fee of $1,300.00 for the services rendered as set forth in applicant's Certification of Debtor's Counsel Supporting Chapter 13 Fee. The allowance shall be payable:

  __X__    through the Chapter 13 Plan as an administrative priority.

  _____    outside the plan.

The debtor's monthly plan is modified to a payment of $650.00 per month for the remaining 32 months to allow for payment of the aforesaid fee, beginning, July 1, 2019.