Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 17−12691−JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amy Holmes
   aka Amy Williams
   1126 Collings Rd
   Camden, NJ 08104−3006

Social Security No.:
   xxx−xx−3916

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                September 20, 2019
Time:               10:00 AM
Location:       4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*80* − Certification In Objection to (related document:76 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 08/9/2019. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Tamika Nicole Wyche on behalf of Amy Holmes. (Wyche, Tamika)

and transact such other business as may properly come before the meeting.

Dated: August 9, 2019
JAN: bed

                                                  Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 17-12691-JNP
Amy Holmes                                                                                Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin             Page 1 of 1             Date Rcvd: Aug 09, 2019
                              Form ID: 173            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2019.
db             Amy Holmes,    1126 Collings Rd,    Camden, NJ  08104-3006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2019 at the address(es) listed below:
     Charles G. Wohlrab    on behalf of Creditor    MIDFIRST BANK cwohlrab@LOGS.com, njbankruptcynotifications@logs.com
     Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
     Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
     Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
     Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
     John R. Morton, Jr.    on behalf of Creditor    National Auto Sales ecfmail@mortoncraig.com, mortoncraigcf@gmail.com
     Michelle Banks-Spearman    on behalf of Creditor    City of Camden MiSpearm@ci.camden.nj.us, NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;ElRedmer@ci.camden.nj.us
     Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
     Tamika Nicole Wyche    on behalf of Debtor Amy  Holmes dpdlawyer@comcast.net, G30609@notify.cincompass.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
     William E. Craig    on behalf of Creditor    National Auto Sales mortoncraigcf@gmail.com, mortoncraigcf@gmail.com
                                                                                                               TOTAL: 11