Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                          Case No.: 17−12691−JNP
                                          Chapter: 13
                                          Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amy Holmes
   aka Amy Williams
   1126 Collings Rd
   Camden, NJ 08104−3006

Social Security No.:
   xxx−xx−3916

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 11/22/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: November 22, 2019
JAN: kvr

                                                                                           Jeanne Naughton
                                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-12691-JNP
Amy Holmes　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1　　　　User: admin　　　　Page 1 of 2　　　　Date Rcvd: Nov 22, 2019
　　　　　　　　　　　　　Form ID: 148　　　Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
```
db              Amy Holmes,    1126 Collings Rd,    Camden, NJ  08104-3006
cr              City of Camden,    City Attorney,    City Hall, 4th Floor,    Suite 419,    PO Box 95120,
                 Camden, NJ  08101-5120
cr             ++NATIONAL AUTO SALES,    123 S DELSEA DRIVE,    GLASSBORO NJ 08028-2604
                (address filed with court: National Auto Sales,    123 South Delsea Drive,
                 Glassboro, NJ  08028)
516641716       Central Credit Services,    PO Box 1880,    Saint Charles, MO  63302-1880
516730653       City of Camden,    Dept. of Water & Sewer,    c/o Office of the City Attorney,
                 City Hall, Suite 419,    Camden, NJ  08101
516641718       City of Camden,    City Hall, Room 117,    PO Box 95120,    Camden, NJ  08101-5120
516641719       City of Camden (American Water),    PO Box 52747,    Phoenix, AZ  85072-2747
516641720       Commonwealth Financial,    245 Main St,    Dickson City, PA  18519-1641
516641721       Convergent HC Recoveries,    121 NE Jefferson Ave Ste 100,    Peoria, IL  61602-1229
516641722       Debt Recovery Solutions,    PO Box 9003,    Syosset, NY  11791-9003
516814375      +MidFirst Bank,    999 NW Grand Blvd.,    Oklahoma City, Oklahoma  73118-6051
516641724       Midland Mortgage,    999 NW Grand Blvd,    Oklahoma City, OK  73118-6051
516641725      ++NATIONAL AUTO SALES,    123 S DELSEA DRIVE,    GLASSBORO NJ 08028-2604
                (address filed with court: National Auto,    123 Delsea Dr S,    Glassboro, NJ  08028-2604)
516715183      +PSE&G,    PO Box 14444,    New Brunswick, NJ  08906-4444,    Attn: Bankruptcy
516641726       PSE&G,    PO Box 1444,    New Brunswick, NJ  08903-1444
516641727       Quality Asset Recovery,    7 Foster Ave Ste 101,    Gibbsboro, NJ  08026-1191
516802721      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Department of the Treasury,
                 Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245)
516641728       Shapiro & DeNardo, LLC,    14000 Commerce Pkwy Ste B,    Mount Laurel, NJ  08054-2242
516641729       Southwest Credit Systems,    2639 Dickrson Pkwy,    Carrollton, TX  75007
516641730       State of New Jersey Dept of Labor,    PO Box 650,    Trenton, NJ  08646-0650
517752890      +State of New Jersey Dept.of Labor,    PO Box 951,    Trenton, NJ  08625-0951
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 23 2019 01:26:22     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 23 2019 01:26:18     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
cr              E-mail/Text: nasales2@comcast.net Nov 23 2019 01:25:32     National Auto Sales,
                 123 South Delsea Drive,    Glassboro, NJ  08028
516664421       EDI: AIS.COM Nov 23 2019 05:48:00      American InfoSource LP as agent for,
                 T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
516641717       EDI: CHRM.COM Nov 23 2019 05:48:00      Chrysler Capital,    PO Box 961275,
                 Fort Worth, TX  76161-0275
516641723       E-mail/Text: bknotice@ercbpo.com Nov 23 2019 01:26:28     Enhanced Recovery Company,
                 PO Box 57547,    Jacksonville, FL  32241-7547
516641725       E-mail/Text: nasales2@comcast.net Nov 23 2019 01:25:32     National Auto,    123 Delsea Dr S,
                 Glassboro, NJ  08028-2604
516716454      +E-mail/Text: bankruptcy@pseg.com Nov 23 2019 01:25:29      PSE&G,    Attn: Bankruptcy Dept,
                 PO Box 490,    Cranford, NJ  07016-0490
516682833      +EDI: RMSC.COM Nov 23 2019 05:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA  23541-1021
                                                                                                TOTAL: 9
```

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                 Page 2 of 2              Date Rcvd: Nov 22, 2019
                               Form ID: 148                Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    MIDFIRST BANK cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    National Auto Sales ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Michelle Banks-Spearman    on behalf of Creditor    City of Camden MiSpearm@ci.camden.nj.us,
               NaHarvey@ci.camden.nj.us;LyLaracu@ci.camden.nj.us;ElRedmer@ci.camden.nj.us
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Tamika Nicole Wyche    on behalf of Debtor Amy  Holmes dpdlawyer@comcast.net,
               G30609@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William E. Craig    on behalf of Creditor    National Auto Sales mortoncraigecf@gmail.com,
               mortoncraigecf@gmail.com
                                                                                             TOTAL: 11
```