Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

Case No.: 17–12691–JNP  
Chapter: 13  
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
　Amy Holmes  
　aka Amy Williams  
　1126 Collings Rd  
　Camden, NJ 08104–3006

Social Security No.:  
　xxx–xx–3916

Employer's Tax I.D. No.:

## FINAL DECREE

　The estate of the above named debtor(s) has been fully administered.

　If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

　ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 30, 2019</u>　　　　　　　<u>Jerrold N. Poslusny Jr.</u>  
　　　　　　　　　　　　　　　　　　　　　Judge, United States Bankruptcy Court